11 CIV 5861

JUDGE BERMAN

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARIA GARCIA,

                Plaintiff,

-against-

RESIDENCE INN BY MARRIOTT FISHKILL,
MARRIOTT INTERNATIONAL, INC and HARD
EIGHT FISHKILL, L.P., aka HARD EIGHT
FISHKILL,

                Defendants.

ECF CASE

NOTICE OF REMOVAL

Civil Action No. _____

     Defendants RESIDENCE INN BY MARRIOTT, LLC (Improperly named herein as RESIDENCE INN BY MARRIOTT FISHKILL), MARRIOTT INTERNATIONAL, INC and HARD EIGHT FISHKILL, L.P., aka HARD EIGHT FISHKILL, through counsel, pursuant to 28 U.S.C. §§ 1332, 1441(a) and 1446 respectfully petition for the removal of this action to the United States District Court for the Southern District of New York. In support of this petition, defendants respectfully state the following:

     1.     This case is presently pending in New York Supreme Court, County of Dutchess, under Index Number 4469/2011. The territory assigned to the United States District Court for the Southern District of New York under 28 U.S.C. § 112 (b) embraces Dutchess County.

     2.     The Summons and Complaint were filed in this matter on or about July 13, 2011. An Amended Summons and Complaint were filed on or about July 18, 2011. Copies of the Amended Summons and Complaint are annexed hereto as Exhibit "A."

     3.     Plaintiff's complaint sounds in negligence. See Exhibit A.

337684.1

4. Plaintiff alleges that as a result of defendants' actions, plaintiff suffered damages that "exceeds the monetary jurisdiction amounts of all lower Courts of the State of New York." Exhibit A, ¶ 25.

5. Plaintiff was and is a resident of the County of Orange, State of New York.

6. Defendant Residence Inn by Marriott, LLC (incorrectly named herein as "Residence Inn by Marriott Fishkill) was formed in the State of Delaware. See Exhibit B.

7. Residence Inn by Marriott, LLC is a wholly owned subsidiary of Marriott International, Inc.

8. Defendant Marriott International, Inc. was incorporated in of the State of Delaware. See Exhibit C.

9. Defendant Marriott International, Inc. is headquartered in Bethesda, Maryland and that is its principal place of business for the purposes of 28 U.S.C. § 1332. See http://www.marriott.com/corporateinfo/boilerplate.mi.

10. Defendant Hard Eight Fishkill, LP was formed in the State of Delaware. See Exhibit D.

11. The partners in Hard Eight Fishkill, LP are;

    a. Schuylkill LP, a Delaware limited partnership

    b. Hard Eight Fishkill Manager LLC, a Delaware limited liability company.

12. This Court has diversity jurisdiction over an action pursuant to 28 U.S.C. § 1332 between citizens of different states where the matter in controversy exceeds $75,000.00.

13. Based upon the above, this matter meets the specifications for jurisdiction under § 1332 and removal of this matter from the Supreme Court of the State of New York, Dutchess County to this Honorable Court is appropriate.

337684.1

14. Moreover, this petition is timely under 28 U.S.C. § 1446 (b) as Defendants received plaintiff's Amended Summons and Complaint on or about July 23, 2011.

15. All state-court papers served by the plaintiff on the defendants and all state-court papers served by the defendants on the plaintiff, at the time of removal, consisting of the Amended Summons and Complaint are attached.

16. Defendants have not previously sought to remove this action.

WHEREFORE defendants respectfully request that this case be removed from the New York Supreme Court, Dutchess County to this Court for all further proceedings.

Dated:  August 19, 2011
        Albany, New York

                                        Yours, etc.

                        WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

                        By: _____
                            Theresa B. Marangas
                            Attorneys for Defendants
                            Residence Inn by Marriott, LLC (Improperly
                            named herein as Residence Inn by Marriott
                            Fishkill), Marriott International, Inc and
                            Hard Eight Fishkill, L.P., aka Hard Eight
                            Fishkill
                            677 Broadway
                            Albany, New York 12203
                            (518) 449-8893
                            (518)4655-2548 (fax)
                            File No Pending

TO:  Bruce A. Schonberg
     Schonberg Law Offices of the Hudson Valley, P.C.
     209 Route 32
     P.O. Box 217
     Central Valley, New York 10917

3

337684.1

SUPREME COURT OF THE STATE OF NEW YORK  
COUNTY OF **DUTCHESS**  
-----------------------------------------------------------------------X  
MARIA GARCIA  
                              Plaintiff(s)  

-against-  

RESIDENCE INN BY MARRIOTT FISHKILL,  
MARRIOTT INTERNATIONAL INC., and  
HARD EIGHT FISHKILL, L.P., aka  
HARD EIGHT FISHKILL,  
                              Defendants.  
-----------------------------------------------------------------------X  

Index No.: 4469/2011  
Date Filed: July 13, 2011  

**Amended SUMMONS with NOTICE**  
Plaintiff designates  
Dutchess County as the  
place of trial  

**The basis of venue is**  
Situs of the Occurrence  

**Plaintiff's Residence:**  
27 Sommerfield Drive  
Wallkill, NY 12589  
County of Ulster  

To the above named defendant(s)

    **YOU ARE HEREBY SUMMONED** to answer the complaint in this action and to serve a copy of your answer, or, if the complaint is not served with this summons, to serve a notice of appearance, on the Plaintiff's Attorney(s) within 30 days after the service of this summons, exclusive of the day of service (or within 30 days after the service is complete if this summons is not personally delivered to you within the State of New York): and in case of your failure to appear or answer, judgment will be taken against you by default for the relief demanded in the complaint.

Dated: July 15, 2011  
**Defendants' address:**  
RESIDENCE INN BY  
MARRIOTT FISHKILL  
14 Schuyler Boulevard  
Fishkill, NY 12524  

MARRIOTT INTERNATIONAL INC.,  
14 Schuyler Boulevard  
Fishkill, NY 12524  

HARD EIGHT FISHKILL, L.P., aka  
HARD EIGHT FISHKILL  
14 Schuyler Boulevard  
Fishkill, NY 12524  

SCHONBERG LAW OFFICES OF THE HUDSON  
VALLEY, P.C.  
**Attorney for Plaintiff**  
209 Route 32, P.O. Box 217  
Central Valley, NY 10917  

**Notice:** The nature of this action is: Negligence, Personal Injury.

The relief sought is: Money Damages.

    Upon your failure to appear, judgment will be taken against you by default for a sum commensurate with the damages and injuries sustained by plaintiff, together with the costs and disbursements of this action with interest from December 13, 2008.

STATE OF NEW YORK
SUPREME COURT : DUTCHESS COUNTY
-----------------------------------------------------------------x
MARIA GARCIA,

                Plaintiff,

    -against-                         COMPLAINT
                                                  Index #

RESIDENCE INN BY MARRIOTT FISHKILL,
MARRIOTT INTERNATIONAL INC., and
HARD EIGHT FISHKILL, L.P., aka
HARD EIGHT FISHKILL,

                Defendant(s).
-----------------------------------------------------------------x

      Plaintiffs, MARIA GARCIA, by her attorney, SCHONBERG LAW OFFICES OF THE HUDSON VALLEY, P.C., as and for her Complaint, herein allege the following:

      1.    That at all times hereinafter mentioned, the plaintiff was and still is a resident of the County of Orange, State of New York.

      2.    That at all times hereinafter mentioned, upon information and belief, the defendant, RESIDENCE INN BY MARRIOTT FISHKILL, is a domestic corporation and a legal entity subject to suit.

      3.    That at all times hereinafter mentioned, the aforementioned defendant, RESIDENCE INN BY MARRIOTT FISHKILL is a foreign corporation conducting business within the State of New York and is a legal entity subject to suit.

      4.    That at all times hereinafter mentioned, the aforementioned defendant, RESIDENCE INN BY MARRIOTT FISHKILL, is a business within New York State and as such is a legal entity subject to suit.

5. That at all times hereinafter mentioned that on or about 13th of December, 2008 the defendant RESIDENCE INN BY MARRIOTT FISHKILL, were owners of a certain commercial property location at 14 Schuyler Boulevard, City of Fishkill, County of Dutchess, State of New York.

6. That at all times hereinafter mentioned, the aforementioned defendant, RESIDENCE INN BY MARRIOTT FISHKILL, hereby owns, rents, leases, maintains, possesses, controls and cares for property located at 14 Schuyler Boulevard, City of Fishkill, County of Dutchess, State of New York.

7. That at all times hereinafter mentioned, upon information and belief, the defendant, MARRIOTT INTERNATIONAL INC., is a domestic corporation and a legal entity subject to suit.

8. That at all times hereinafter mentioned, the aforementioned defendant, MARRIOTT INTERNATIONAL INC., is a foreign corporation conducting business within the State of New York and is a legal entity subject to suit.

9. That at all times hereinafter mentioned, the aforementioned defendant, MARRIOTT INTERNATIONAL INC.,, is a business within New York State and as such is a legal entity subject to suit.

10. That at all times hereinafter mentioned that on or about 13th of December, 2008 the defendant MARRIOTT INTERNATIONAL INC., were owners of a certain commercial property location at 14 Schuyler Boulevard, City of Fishkill, County of Dutchess, State of New York.

11. That at all times hereinafter mentioned, the aforementioned defendant, HARD EIGHT FISHKILL, L.P., aka HARD EIGHT FISHKILL, hereby owns, rents, leases, maintains, possesses, controls and cares for property located at 14 Schuyler Boulevard, City of Fishkill, County of Dutchess, State of New York.

12. That at all times hereinafter mentioned, upon information and belief, the defendant, HARD EIGHT FISHKILL, L.P., aka HARD EIGHT FISHKILL., is a domestic corporation and a legal entity subject to suit.

13. That at all times hereinafter mentioned, the aforementioned defendant, HARD EIGHT FISHKILL, L.P., aka HARD EIGHT FISHKILL, is a foreign corporation conducting business within the State of New York and is a legal entity subject to suit.

14. That at all times hereinafter mentioned, the aforementioned defendant, HARD EIGHT FISHKILL, L.P., aka HARD EIGHT FISHKILL, is a business within New York State and as such is a legal entity subject to suit.

15. That at all times hereinafter mentioned that on or about 13th of December, 2008 the defendant HARD EIGHT FISHKILL, L.P., aka HARD EIGHT FISHKILL, was the owner of a certain commercial property location at 14 Schuyler Boulevard, City of Fishkill, County of Dutchess, State of New York.

16. That at all times hereinafter mentioned, the aforementioned defendant, HARD EIGHT FISHKILL, L.P., aka HARD EIGHT FISHKILL, hereby owns, rents, leases, maintains, possesses, controls and cares for property

located at 14 Schuyler Boulevard, City of Fishkill, County of Dutchess, State of New York.

17. That at all times hereinafter mentioned, the aforementioned defendant, RESIDENCE INN BY MARRIOTT FISHKILL, MARRIOTT INTERNATIONAL INC. and HARD EIGHT FISHKILL, L.P., aka HARD EIGHT FISHKILL, were responsible and bore a duty to refurbish, provide proper lighting for stairways/hallways and generally maintain the real property so as to be in safe and proper condition, including but not limited to the appropriate level of lighting and proper working lighting equipment for stairways/hallways and maintenance generally at 14 Schuyler Boulevard, City of Fishkill, County of Dutchess, State of New York.

18. That at all times hereinafter mentioned, upon information and belief, 14 Schuyler Boulevard, City of Fishkill, County of Dutchess, State of New York was the situs of the injury herein.

19. That on or about the 13th date of December of 2008, the plaintiff, MARIA GARCIA was lawfully transversing on the aforesaid stairway or stairwell.

20. That at the aforementioned place and date, the plaintiff was caused to slip and fall, therein sustaining serious and diverse injuries.

21. The accident and injuries caused to the plaintiff were solely by and through the reckless, negligent and careless conduct of the defendants therein. That the said defendant failed to take reasonable due diligence and care and otherwise failed to properly supervise, maintain premises; the defendant caused the aforesaid real property to develop hidden and unseen dangers and

defects due to poor lighting and poor maintenance; the defendant failed to conduct adequate and proper and reasonable inspections of the said premises; the defendant failed to warn of the defects and inadequacies of the premises; the defendants failed to take precautions and safeguards necessary to protect the safety and well being of the plaintiff; the defendant was negligent, careless and reckless in allowing plaintiff to transverse the aforementioned property without the proper lighting and/or light equipment; the defendant failed to replace light bulbs or repair antiquated lighting equipment; in allowing a dangerous and defective condition to exist on the property with knowledge or in the exercise of reasonable care to have seen/known of the danger and defective condition.

That at all times hereinafter mention, the defendants negligently, carelessly and recklessly failed to take those measures and precautions that reasonably should have been made to correct, remove and warn of the existence of the aforementioned conditions.

22.   That by reason of the aforesaid accident, the plaintiff, MARIA GARCIA, suffered and still suffers bodily injury, pain, discomfort, and the plaintiff became and still is sick, sore, lame and disabled and upon information and belief, his injuries are permanent.

23.   Therefore, this plaintiff was been caused to seek medical aid in an attempt to alleviate her injuries and suffering.

24.   That said plaintiff was unable to attend and perform her usual and customary daily activities and upon information and belief, has been permanently impaired from performing such duties.

25. The value of the within case exceeds the monetary jurisdiction amounts of all lower Courts of the State of New York.

WHEREFORE, plaintiff request judgment against the defendants in favor of the plaintiff in such amounts as may commensurate with the damages and injuries sustained by the plaintiff, together with the costs and disbursements of this action.

DATED:   Central Valley, New York
         July 8, 2011

                                      Yours etc.,

                                      SCHONBERG LAW OFFICES OF
                                      THE HUDSON VALLEY, P.C.
                                      Attorney for Plaintiffs
                                      209 Route 32, P.O. Box 217
                                      Central Valley, NY 10917
                                      (845) 928-3030

TO:   RESIDENCE INN BY MARRIOTT FISHKILL
      14 Schuyler Boulevard
      Fishkill, NY 12524

      MARRIOTT INTERNATIONAL INC.,
      14 Schuyler Boulevard
      Fishkill, NY 12524

      HARD EIGHT FISHKILL, L.P., aka
      HARD EIGHT FISHKILL
      14 Schuyler Boulevard
      Fishkill, NY 12524

6

STATE OF NEW YORK
SUPREME COURT : DUTCHESS COUNTY
-----------------------------------------------------------------x
MARIA GARCIA,

                        Plaintiff,

-against-

                                      ATTORNEY CERTIFICATION
                                      Index No:

RESIDENCE INN BY MARRIOTT FISHKILL,
MARRIOTT INTERNATIONAL INC., and
HARD EIGHT FISHKILL, L.P., aka
HARD EIGHT FISHKILL,
                       Defendant(s).
-----------------------------------------------------------------x

        The undersigned, an attorney duly admitted to the practice of law in the Courts of the State of New York, affixes his signature hereto pursuant to 22 NYCRR 130-1.1-a.

        The accompanying documents are so certified by his signature;

VERIFIED COMPLAINT.

DATED:    Central Valley, New York
               July 8, 2011

                                                Yours truly,

                                              SCHONBERG LAW OFFICES OF
                                              THE HUDSON VALLEY, P.C.

                                              By: _____
                                                 Bruce A. Schonberg

STATE OF NEW YORK
                     SS:
COUNTY OF ORANGE

    BRUCE A. SCHONBERG, being duly sworn, deposes and says that he is the attorney for the plaintiff in this action, and has offices at 209 Route 32, P.O. Box 217, Central Valley, Orange County, New York.

    That he has read the foregoing, VERIFIED COMPLAINT knows the contents thereof and the same is true to the knowledge of your deponent except as to those matters alleged upon information and belief and as to those matters he believes it to be true.

    Deponent further says that the source of his information and the grounds of his belief as to all matters therein not stated upon his knowledge are as follows:

    Investigations which deponent has caused to be made and reports thereon and communications had with the plaintiff.

    Deponent further says that the reason why this verification is made by Deponent and not by the plaintiff is that the plaintiff is not presently within the County wherein deponent has his office.

                                                                    Bruce A. Schonberg

Sworn to before me this
8th day of July, 2011

NOTARY PUBLIC
VICTORIA ROMANO
Notary Public, State of New York
No. 01RO6172346
Qualified in Orange County
Commission Expires August 6, 2011

```
SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF DUTCHESS Index No:
========================================================================
MARIA GARCIA
                                    Plaintiff(s)

            -against-


RESIDENCE INN BY MARRIOTT FISHKILL,
MARRIOTT INTERNATIONAL INC., and
HARD EIGHT FISHKILL, L.P., aka
HARD EIGHT FISHKILL

                                    Defendant(s).
```
========================================================================

## COMPLAINT

========================================================================

**SCHONBERG LAW OFFICES OF THE HUDSON VALLEY, P.C.**
*Attorneys for Plaintiff(s)*
*Post Office and Office Address, Telephone*
209 Route 32, P.O. Box 217
Central Valley, New York 10917
(845) 928-3030

========================================================================

To:    Attorney(s) for Defendant

========================================================================

Service of a copy of the within    is hereby admitted.
Dated,
                                                    _____
                                                    Attorney(s) for

========================================================================

Please take notice
[ ] NOTICE OF ENTRY
that within is a true copy of a Decision & Order duly entered in the office of the clerk of the within named court on           .

[ ] NOTICE OF SETTLEMENT
that an order                          of which the within is a true copy will be presented for
settlement to the HON.                                       one of the judges
of the within named court, at
on                          2011  at                M.
Dated:
To:


                                                    Yours, etc.

                                                    _____
                                                    BRUCE A. SCHONBERG
                                                    **SCHONBERG LAW OFFICES OF THE**
                                                    **HUDSON VALLEY, P.C.**
                                                    209 Route 32, P.O. Box 217
                                                    Central Valley, New York 10917
                                                    (845)-928-3030

# NYS Department of State

## Division of Corporations

### Entity Information

The information contained in this database is current through August 12, 2011.

Selected Entity Name: RESIDENCE INN BY MARRIOTT, LLC
Selected Entity Status Information

**Current Entity Name:** RESIDENCE INN BY MARRIOTT, LLC
**Initial DOS Filing Date:** JANUARY 22, 2007
**County:** ALBANY
**Jurisdiction:** DELAWARE
**Entity Type:** FOREIGN LIMITED LIABILITY COMPANY
**Current Entity Status:** ACTIVE

Selected Entity Address Information
**DOS Process (Address to which DOS will mail process if accepted on behalf of the entity)**
CORPORATION SERVICE COMPANY
80 STATE STREET
ALBANY, NEW YORK, 12207-2543

**Registered Agent**
NONE

This office does not require or maintain information regarding the names and addresses of members or managers of nonprofessional limited liability companies. Professional limited liability companies must include the name(s) and address(es) of the original members, however this information is not recorded and only available by viewing the certificate.

*Stock Information

| # of Shares | Type of Stock | $ Value per Share |
|---|---|---|
| No Information Available | | |

*Stock information is applicable to domestic business corporations.

Name History

| Filing Date | Name Type | Entity Name |
|---|---|---|
| JAN 22, 2007 | Actual | RESIDENCE INN BY MARRIOTT, LLC |

A **Fictitious** name must be used when the **Actual** name of a foreign entity is unavailable for use in New York State. The entity must use the fictitious name when conducting its activities or business in New York State.

NOTE: New York State does not issue organizational identification numbers.

# NYS Department of State

## Division of Corporations

### Entity Information

The information contained in this database is current through August 12, 2011.

Selected Entity Name: MARRIOTT INTERNATIONAL, INC.
Selected Entity Status Information
**Current Entity Name:** MARRIOTT INTERNATIONAL, INC.
**Initial DOS Filing Date:** NOVEMBER 07, 1997
**County:** NEW YORK
**Jurisdiction:** DELAWARE
**Entity Type:** FOREIGN BUSINESS CORPORATION
**Current Entity Status:** ACTIVE

Selected Entity Address Information
**DOS Process (Address to which DOS will mail process if accepted on behalf of the entity)**
CORPORATION SERVICE COMPANY
80 STATE ST
ALBANY, NEW YORK, 12207
**Chairman or Chief Executive Officer**
J W MARRIOTT JR
10400 FERNWOOD RD
BETHESDA, MARYLAND, 20817
**Principal Executive Office**
MARRIOTT INTERNATIONAL, INC.
10400 FERNWOOD ROAD
BETHESDA, MARYLAND, 20817
**Registered Agent**
THE PRENTICE-HALL CORPORATION SYSTEM, INC.
80 STATE STREET
ALBANY, NEW YORK, 12207

This office does not record information regarding the names and addresses of officers, shareholders or directors of nonprofessional corporations except the chief executive officer, if provided, which would be listed above. Professional corporations must include the name(s) and address(es) of the initial officers, directors, and shareholders in the initial certificate of incorporation, however this information is not recorded and only available by viewing the certificate.

**\*Stock Information**

| # of Shares | Type of Stock | $ Value per Share |
|---|---|---|
| | No Information Available | |

*Stock information is applicable to domestic business corporations.

### Name History

| Filing Date | Name Type | Entity Name |
|---|---|---|
| APR 13, 1998 | Actual | MARRIOTT INTERNATIONAL, INC. |
| NOV 07, 1997 | Actual | NEW MARRIOTT MI, INC. |

A **Fictitious** name must be used when the **Actual** name of a foreign entity is unavailable for use in New York State. The entity must use the fictitious name when conducting its activities or business in New York State.

NOTE: New York State does not issue organizational identification numbers.

Search Results   New Search

Services/Programs | Privacy Policy | Accessibility Policy | Disclaimer | Return to DOS Homepage | Contact Us

# NYS Department of State

## Division of Corporations

### Entity Information

The information contained in this database is current through August 11, 2011.

Selected Entity Name: HARD EIGHT FISHKILL LP
Selected Entity Status Information

| | |
|---|---|
| Current Entity Name: | HARD EIGHT FISHKILL LP |
| Initial DOS Filing Date: | MARCH 13, 2006 |
| County: | DUTCHESS |
| Jurisdiction: | DELAWARE |
| Entity Type: | FOREIGN LIMITED PARTNERSHIP |
| Current Entity Status: | ACTIVE |

Selected Entity Address Information
**DOS Process (Address to which DOS will mail process if accepted on behalf of the entity)**
C/O CORPORATION SERVICE COMPANY
80 STATE STREET
ALBANY, NEW YORK, 12207-2543

**Registered Agent**
CORPORATION SERVICE COMPANY
80 STATE STREET
ALBANY, NEW YORK, 12207-2543

*Stock Information

| # of Shares | Type of Stock | $ Value per Share |
|---|---|---|
| No Information Available | | |

*Stock information is applicable to domestic business corporations.

Name History

| Filing Date | Name Type | Entity Name |
|---|---|---|
| MAR 13, 2006 | Actual | HARD EIGHT FISHKILL LP |

A **Fictitious** name must be used when the **Actual** name of a foreign entity is unavailable for use in New York State. The entity must use the fictitious name when conducting its activities or business in New York State.

NOTE: New York State does not issue organizational identification numbers.

Search Results   New Search

Services/Programs  |  Privacy Policy  |  Accessibility Policy  |  Disclaimer  |  Return to DOS Homepage  |  Contact Us