

11 CIV 5861

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARIA GARCIA,

                Plaintiff,

-against-

RESIDENCE INN BY MARRIOTT FISHKILL,
MARRIOTT INTERNATIONAL, INC and HARD
EIGHT FISHKILL, L.P., aka HARD EIGHT
FISHKILL,

                Defendants.

RULE 7.1 DISCLOSURE STATEMENT

Civil Action No.

ECF CASE



    Defendants, RESIDENCE INN BY MARRIOTT, LLC (Improperly named herein as RESIDENCE INN BY MARRIOTT FISHKILL) and MARRIOTT INTERNATIONAL, INC., in compliance with Federal Rule of Civil Procedure 7.1, state as follows:

    Defendant RESIDENCE INN BY MARRIOTT, LLC is a corporation created and existing under the laws of the State of Delaware, and is a wholly-owned subsidiary of MARRIOTT INTERNATIONAL, INC. Defendant MARRIOTT INTERNATIONAL, INC. is a publicly held corporation that is listed on the NYSE, and which was created and is existing under the laws of the State of Delaware.

Dated:    August 19, 2011
            Albany, New York

338552.1

Yours, etc.

WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

By: /s/ Theresa B. Marangas
Theresa B. Marangas
Attorneys for Defendants
Residence Inn by Marriott, LLC (Improperly named herein as Residence Inn by Marriott Fishkill), Marriott International, Inc and Hard Eight Fishkill, L.P., aka Hard Eight Fishkill
677 Broadway
Albany, New York 12203
(518) 449-8893
(518)4655-2548 (fax)
File No Pending

TO: Bruce A. Schonberg
Schonberg Law Offices of the Hudson Valley, P.C.
209 Route 32
P.O. Box 217
Central Valley, New York 10917

338552.1