UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
MARIA GARCIA,

               Plaintiff,

-against-

RESIDENCE INN BY MARRIOTT FISHKILL,
MARRIOTT INTERNATIONAL, INC., and
HARD EIGHT FISHKILL, L.P., aka HARD
EIGHT FISHKILL,

               Defendants.
------------------------------------------------------------ X

**AFFIDAVIT OF SERVICE BY MAIL**

Index No. 11-cv-5861

STATE OF NEW YORK   )
                              ) ss.:
COUNTY OF ALBANY    )

     DEANA LEE MASON, being duly sworn, deposes and says: that deponent is not a party to this action; she is over 18 years of age and resides in Rensselaer County.

     That on the 25TH day of August, 2011, deponent served the within document(s) entitled ***Verified Answer***:

TO:   Bruce A. Schonberg, Esq.
         Schonberg Law Offices of the Hudson Valley, P.C.
         209 Route 32
         P.O. Box 217
         Central Valley, New York 10917

at the address(es) designated by said attorney(s) for that purpose by depositing a true copy of same enclosed in a postpaid, properly addressed wrapper, in an official depository under the exclusive care and custody of the United States Post Office within the State of New York.

                                                                      DEANA LEE MASON

Sworn to before me this
25th day of August, 2011

_____
Notary Public

        Stephen Schmitt
   Notary Public, State of New York
Qualified in Albany County No. 01SC6213689
   Commission Expires November 16, 2013

339441.1