08/30/2011 09:10 FAX  212 805 6717    HON. RICHARD M. BERMAN                    ☒003/004

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
  Maria Garcia
                    Plaintiff(s),                **Case Management Plan**

  Residence Inn by Marriott Fishkill,            __11__ CV. __5861__ (RMB)
  Marriott International, Inc and
  Hard Eight Fishkill, L.P., aka Hard Eight Fishkill
                    Defendant(s).
-------------------------------------------------------X

      The following Case Management Plan is entered after consultation with the parties. This Plan is also a Rule 16 and Rule 26(f) scheduling order as required by the Federal Rules of Civil Procedure.

(i)   Joinder of additional parties by __November 30, 2011__

(ii)  Amend the pleadings by __November 30, 2011__

(iii) All discovery to be **expeditiously** completed by ~~July 15, 2012~~ 2/22/12

(iv)  Consent to Proceed before Magistrate Judge __Yes__

(v)   Status of settlement discussions __None to date__  2/22/12 @ 9 with principals

**Sections vi through xi will be set at conference with the Court.**

(vi)   Motions_____

(vii)  Oral Argument_____

(viii) Joint Pre-Trial Order to be submitted by_____

(ix)   Final Pre-Trial Conference_____

(x)    Trial_____

(xi)   Other_____

**SO ORDERED:** New York, New York
              10/17/11

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/17/11

                                                        RMB
                                          Hon. Richard M. Berman, U.S.D.J.