# WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

677 Broadway - 9th Floor, Albany, New York 12207-2996   Tel: (518) 449-8893   Fax: (518) 449-8927

*Albany • Baltimore • Boston • Chicago • Dallas • Denver • Garden City • Houston • Las Vegas • London • Los Angeles • Louisville • McLean
Miami • New Jersey • New York • Orlando • Philadelphia • San Diego • San Francisco • Stamford • Washington, DC • West Palm Beach • White Plains
Affiliates: Berlin • Cologne • Frankfurt • Mexico City • Munich • Paris*

www.wilsonelser.com

February 21, 2012

**Via ECF**

Hon. Richard M. Berman
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

      RE:    Garcia v. Residence Inn by Marriott Fishkill, et al.
            **Our File No. 00805.00076**

Dear Judge Berman:

     Please accept this correspondence as a request for an adjournment of the discovery deadline in this matter which is currently February 22, 2012. At this time defendants do not have discovery responses from the plaintiff's counsel and therefore have not conducted any depositions or medical examinations of the plaintiff. Plaintiff's counsel consents to the adjournment and no previous requests have been made for such an adjournment.

     This adjournment will also require the adjournment of the settlement conference currently scheduled in this matter. Given the lack of discovery, defendants are not able to engage in fruitful settlement discussions at this time and do not wish to waste this Court's time.

     The parties would request that a new discovery deadline of May 25, 2012 be set with a settlement conference to be scheduled for May 31, 2012

     Thank you for your time and attention to this matter.

                            Very truly yours,

      WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

                            Elizabeth J. Grogan

624434.1

cc: Bruce A. Schonberg, Esq. (*via facsimile*)
Schonberg Law Offices of the
Hudson Valley, P.C.
209 Route 32, P.O. Box 217
Central Valley, New York  10917

624434.1