# WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

677 Broadway - 9th Floor, Albany, New York 12207-2996   Tel: (518) 449-8893   Fax: (518) 449-8927

Albany • Baltimore • Boston • Chicago • Dallas • Denver • Garden City • Houston • Las Vegas • London • Los Angeles • Louisville • McLean
Miami • New Jersey • New York • Orlando • Philadelphia • San Diego • San Francisco • Stamford • Washington, DC • West Palm Beach • White Plains
Affiliates: Berlin • Cologne • Frankfurt • Mexico City • Munich • Paris

www.wilsonelser.com

**MEMO ENDORSED**

February 21, 2012



RECEIVED
FEB 21 2012
CHAMBERS OF
RICHARD M. BERMAN
U.S.D.J.

<u>Via ECF and Facsimile</u>

Hon. Richard M. Berman
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

RE:   Garcia v. Residence Inn by Marriott Fishkill, et al.
      <u>Our File No. 00805.00076</u>

11 cv. 5861

Dear Judge Berman:

Please accept this correspondence as a request for an adjournment of the discovery deadline in this matter which is currently February 22, 2012. At this time defendants do not have discovery responses from the plaintiff's counsel and therefore have not conducted any depositions or medical examinations of the plaintiff. Plaintiff's counsel consents to the adjournment and no previous requests have been made for such an adjournment.

This adjournment will also require the adjournment of the settlement conference currently scheduled in this matter. Given the lack of discovery, defendants are not able to engage in fruitful settlement discussions at this time and do not wish to waste this Court's time.

The parties would request that a new discovery deadline of May 25, 2012 be set with a settlement conference to be scheduled for May 31, 2012

Thank you for your time and attention to this matter.

Very truly yours,

WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

Elizabeth J. Grogan

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/21/12

624434.1

*Handwritten endorsement:* The discovery deadline is extended to 4/19/12. The parties are directed to take up all discovery issues with U.S. Magistrate Judge Francis, to whom this matter has been referred.

SO ORDERED:
Date: 2/21/12        Richard M. Berman
                     Richard M. Berman, U.S.D.J.

The settlement conference on 2/22/12 is adjourned to 5/15/12 at 9:00 a.m.

cc:   Bruce A. Schonberg, Esq. (*via facsimile*)
      Schonberg Law Offices of the
      Hudson Valley, P.C.
      209 Route 32, P.O. Box 217
      Central Valley, New York 10917

624434.1