# WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

677 Broadway - 9th Floor, Albany, New York 12207-2996   Tel: (518) 449-8893   Fax: (518) 449-8927

*Albany • Baltimore • Boston • Chicago • Dallas • Denver • Garden City • Houston • Las Vegas • London • Los Angeles • Louisville • McLean
Miami • New Jersey • New York • Orlando • Philadelphia • San Diego • San Francisco • Stamford • Washington, DC • West Palm Beach • White Plains
Affiliates: Berlin • Cologne • Frankfurt • Mexico City • Munich • Paris*

---

www.wilsonelser.com

Theresa B. Marangas
Partner

April 12, 2012

**Via ECF and Facsimile**

Hon. James C. Francis
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

> RE: Garcia v. Residence Inn by Marriott Fishkill, et al.
> **Our File No. 00805.00076**

Dear Magistrate Francis:

Wilson, Elser represents the defendants in the above personal injury action. Kindly accept this correspondence as a joint request for an adjournment of the discovery deadline of April 19, 2012. The parties also respectfully request an adjournment of the Settlement Conference currently scheduled for May 15, 2012 with the Honorable Richard M. Berman. The parties previously applied for an extension of the discovery deadline and adjournment of the Settlement Conference which was granted by Judge Berman.

On March 7, 2012 a telephonic conference was held with Your Honor to address plaintiff's failure to furnish necessary written discovery responses. Today the parties conducted a "meet and confer" conference call and agreed that a joint request would be submitted for an extension of the current court ordered discovery deadline. Plaintiff has represented that the outstanding paper discovery will be served within the near future.

Kindly approve the new discovery deadline of June 19, 2012. If convenient for the Court, the parties will appear for a Settlement Conference on July 26, 2012.

Thank you for your time and attention to this matter.

Respectfully submitted,

WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

Theresa B. Marangas

680304.1

cc:    Bruce A. Schonberg, Esq. (*via facsimile*)
       Schonberg Law Offices of the
       Hudson Valley, P.C.
       209 Route 32, P.O. Box 217
       Central Valley, New York  10917

680304.1