# WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

677 Broadway - 9th Floor, Albany, New York 12207-2996  Tel: (518) 449-8893  Fax: (518) 449-8927

Albany • Baltimore • Boston • Chicago • Dallas • Denver • Garden City • Houston • Las Vegas • London • Los Angeles • Louisville • McLean
Miami • New Jersey • New York • Orlando • Philadelphia • San Diego • San Francisco • Stamford • Washington, DC • West Palm Beach • White Plains
Affiliates: Berlin • Cologne • Frankfurt • Mexico City • Munich • Paris

www.wilsonelser.com

**RECEIVED MAY 02 2012 CHAMBERS OF RICHARD M. BERMAN**

Theresa B. Marangas
Partner

May 2, 2012

**Via ECF and Facsimile**

Hon. Richard M. Berman
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

> The settlement conference on 5/15/12 is adjourned to 6/20/12 at 9:30 a.m.
>
> SO ORDERED:
> Date: 5/2/12
> /s/ Richard M. Berman
> Richard M. Berman, U.S.D.J.

RE: Garcia v. Residence Inn by Marriott Fishkill, et al.
    Our File No. 00805.00076

Dear Judge Berman:

Kindly accept this correspondence as a request on behalf of all parties for an adjournment of the settlement conference currently scheduled for May 15, 2012. The parties previously contacted Magistrate Francis to obtain an extension of the discovery deadline in this matter due to plaintiff's outstanding discovery responses and demands. The new discovery deadline is June 19, 2012 and the parties have agreed that the depositions will be conducted on May 30, 2012.

As noted above, plaintiff's counsel consents to this second request for an adjournment of the settlement conference. The parties respectfully request that the settlement conference be rescheduled for a date in July convenient to the Court.

Thank you for your time and attention to this matter.

Very truly yours,

**MEMO ENDORSED**

WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

/s/ Theresa B. Marangas
Theresa B. Marangas

cc: Bruce A. Schonberg, Esq. (*via electronic mail and facsimile*)
    Schonberg Law Offices of the
    Hudson Valley, P.C.
    209 Route 32, P.O. Box 217
    Central Valley, New York 10917

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/2/12

742461.1