UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
————————————————————X

MARIA GARCIA,

                Plaintiff,

    -against-                NOTICE OF APPEARANCE
                              Civil Action No. 11-cv-5861

RESIDENCE INN BY MARRIOTT FISHKILL,
MARRIOTT INTERNATIONAL INC., and
HARD EIGHT FISHKILL, L.P., aka
HARD EIGHT FISHKILL,
                Defendant.
————————————————————X

       PLEASE TAKE NOTICE that the plaintiff, MARIA GARCIA, hereby appears in the above entitled action, and that the undersigned as attorney for this named defendant demand that a copy of all papers in this action be served upon Schonberg Law Offices of the Hudson Valley, P.C, 209 Route 32, P.O Box 217, Central Valley, NY 10917

DATED:    Central Valley, New York
                June 18, 2012
                Yours etc.,

                                                    SCHONBERG LAW OFFICE OF THE
                                                    HUDSON VALLEY, P.C.

                                                    Bruce A. Schonberg, Esq.
                                                    Federal Bar Roll No: BS1718
                                                    209 Route 32, P.O. Box 217
                                                     Central Valley, NY 10917
                                                    (845) 928-3030

TO:    WILSON, ELSER, MOSCOWITZ,
         EDELMAN & DICKER LLP
         Attorneys for the Defendant
         677 Broadway
         Albany, NY 12207-2996
         (518) 449-8893