UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
MARIA GARCIA,

                    Plaintiff,

              - against -

RESIDENCE INN BY MARRIOTT
FISHKILL, et al.,

                    Defendants.
------------------------------------------------------------x

11 Civ. 5861 (RMB)

**ORDER OF DISCONTINUANCE**

The parties having settled before the Court at a settlement conference on June 20, 2012, it is hereby

**ORDERED**, that the above-entitled action be, and the same hereby is, discontinued.

Dated: New York, New York
         June 22, 2012

                                                                /s/ RMB
                                                   RICHARD M. BERMAN, U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/22/2012