# WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

677 Broadway - 9th Floor, Albany, New York 12207-2996   Tel: (518) 449-8893   Fax: (518) 449-8927

*Albany • Baltimore • Boston • Chicago • Dallas • Denver • Garden City • Houston • Las Vegas • London • Los Angeles • Louisville • McLean*
*Miami • New Jersey • New York • Orlando • Philadelphia • San Diego • San Francisco • Stamford • Washington, DC • West Palm Beach • White Plains*
*Affiliates: Berlin • Cologne • Frankfurt • Mexico City • Munich • Paris*

---

www.wilsonelser.com

Theresa B. Marangas
Partner

August 3, 2012

**Filed Via ECF**

Hon. Richard M. Berman
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

   RE: Garcia v. Residence Inn by Marriott Fishkill, et al.
      Civil Action No.: 11 – CV - 5861
      **Our File No. 00805.00076**

Dear Judge Berman:

  Enclosed herewith please find a fully-executed Stipulation of Dismissal for all parties, relative to the above-entitled matter. I would respectfully request that you "So-Order" this Stipulation and file a copy with the Clerk's Office.

  Should you have any questions or concerns, please do not hesitate to contact me. Thank you for your attention to this matter.

           Respectfully submitted,

        WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

           Theresa B. Marangas

TBM:dlm
Enclosure

cc: Bruce Schonberg, Esq.
   Schonberg Law Office of the
   Hudson Valley, P.C.
   209 Route 32
   P.O. Box 217
   Central Valley, New York 10917

872999.1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARIA GARCIA,

                Plaintiff,

-against-

RESIDENCE INN BY MARRIOTT FISHKILL,
MARRIOTT INTERNATIONAL, INC., and
HARD EIGHT FISHKILL, L.P., a/k/a HARD
EIGHT FISHKILL,

                Defendants,

**STIPULATION OF DISMISSAL**

Civil Action No.: 11-cv-5861

**IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned, the attorneys of record for all the parties, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of the action, the above action be, and the same hereby is dismissed as against all parties, with prejudice upon the merits, and without costs to any party as against the other. This stipulation may be filed without further notice with the Clerk of the Court.

Dated: Central Valley, New York
       June 29, 2012

**SCHONBERG LAW OFFICE OF THE
HUDSON VALLEY, P.C.**

By: _____
    BRUCE SCHONBERG, ESQ.
    Attorneys for Plaintiff
    209 Route 32, P.O. Box 217
    Central Valley, New York 10917

Dated: Albany, New York
       June 27, 2012

**WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER LLP**

By: _____
    THERESA B. MARANGAS, ESQ.
    Attorneys for Defendants
    677 Broadway, 9th Floor
    Albany, New York 12207

SO ORDERED: _____
                    Honorable Richard Berman

825280.1