UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/7/12
```

MARIA GARCIA,

                Plaintiff,

-against-

RESIDENCE INN BY MARRIOTT FISHKILL,
MARRIOTT INTERNATIONAL, INC., and
HARD EIGHT FISHKILL, L.P., a/k/a HARD
EIGHT FISHKILL,

                Defendants,

**STIPULATION OF DISMISSAL**

Civil Action No.: 11-cv-5861

**IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned, the attorneys of record for all the parties, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of the action, the above action be, and the same hereby is dismissed as against all parties, with prejudice upon the merits, and without costs to any party as against the other. This stipulation may be filed without further notice with the Clerk of the Court.

Dated: Central Valley, New York
        June 29, 2012

**SCHONBERG LAW OFFICE OF THE
HUDSON VALLEY, P.C.**

By: _____
    BRUCE SCHONBERG, ESQ.
    Attorneys for Plaintiff
    209 Route 32, P.O. Box 217
    Central Valley, New York 10917

Dated: Albany, New York
        June 27, 2012

**WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER LLP**

By: _____
    THERESA B. MARANGAS, ESQ.
    Attorneys for Defendants
    677 Broadway, 9th Floor
    Albany, New York 12207

SO ORDERED: _____  8/7/12
                Honorable Richard Berman

825280.1